IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRANDON ROBERT WILSON, <br><br> Defendant. | CR 17–17–BU–DLC <br><br><br> ORDER |

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 41). Defendant Brandon Robert Wilson ("Wilson") appeared before the Court on January 23, 2018, and entered a plea of guilty to Count I of the Indictment. He also admitted the forfeiture allegation. Wilson's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d). Accordingly,

IT IS ORDERED that Wilson's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Pierce, 6.5 caliber receiver with barrel attached (serial number 16C155TI);
- Savage (Importer: Savage Arms, Inc.), model Mark II, .22 caliber, bolt-action rifle (serial number 1555108);

- Savage (Importer: Savage Arms, Inc.), model Mark II, .22 caliber, bolt-action rifle (serial number 1466769);
- Savage (Importer: Savage Arms, Inc.), model Mark II, .22 caliber, bolt-action rifle (serial number 2159817);
- Benelli Arms (Importer: Benelli USA), model M4, 12 gauge, semi-automatic shotgun (serial number Y074596E);
- Armalite, model AR-50A1, .50 caliber, bolt-action rifle (serial number US372332);
- Anschutz, model 1416, .22 caliber, bolt-action rifle (serial number 3134227);
- Ruger, model 10-22, .22 caliber, semi-automatic rifle (serial number 820-56287);
- Ruger, model 10-22, .22 caliber, semi-automatic rifle (serial number 357-93340);
- Remington, model 700, .223 caliber, bolt-action rifle (serial number RR32015B):
- Glock, model 34, 9mm, semi-automatic pistol (serial number ZHZ849);
- DPMS, model LR308, .308 caliber receiver (serial number 56898);
- Ruger, model SR22, .22 caliber, semi-automatic pistol (serial number 360-24811);
- CN Romarm/CUGIR, model Draco, 7.62 caliber, semi-automatic pistol (serial number DR-6332-09);
- Smith & Wesson, model 586, .357 caliber revolver (serial number AHV5736);
- Century, model M70B1, 7.62 caliber, semi-automatic rifle (serial number M70B06505);
- Walther, model P22, .22 caliber semi-automatic pistol (serial number Z074081);
- FNH, model PS90, model 5.7x28 mm caliber semi-automatic rifle (serial number FN 104173);
- Delaware Machinery, model unknown, 5.56 mm caliber semi-automatic rifle (serial number R000429);
- Kel-Tec, model Sub-000, 9mm Luger semi-automatic rifle (serial number ETA55);
- Bushmaster, model Carbon 15 Pistol, 5.56 caliber, semi-automatic pistol (serial number D05717);

- Ruger, model New Model, .44 Magnum caliber revolver (serial number 8875061);
- Savage (Importer: Savage Arms Inc.), model 93R17, .17 HMR caliber, bolt-action rifle (serial number 0198952);
- 20 rounds of Hornady ammunition;
- 100 rounds of assorted ammunition; and
- 1,850 rounds of assorted ammunition.

IT IS FURTHER ORDERED that the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

IT IS FURTHER ORDERED that the forfeiture allegation against the following property is DISMISSED:

- Sig Sauer, model P226, .40 caliber semi-automatic pistol (serial number UU 634126);
- Marlin, model 1895G, .45/.70 caliber, lever-action rifle (serial number MR25780D);
- Huglu (Importer: CZ-USA), model Woodcock Deluxe, 12 gauge, break-action, double barrel shotgun (serial number 06P5420);
- North American Arms, model NAA .22, .22 caliber revolver (serial number S4234);
- North American Arms, model NAA .22, .22 caliber revolver (serial number B30343);
- Savage, model 220, 20 gauge, bolt-action shotgun (serial number J867088);
- Huglu, model Redhead Deluxe, 20 gauge, break-action, double-barrel shotgun (serial number 06P1112);
- CMMG Inc., model MK9, 9mm semi-automatic rifle (serial number SMG2866);
- Remington, model 700, .243 caliber, bolt-action rifle (serial number C6858535);
- Kel-Tec, model KSG, 12 gauge slide-action shotgun (serial number X8M69);
- Remington, model 870, 12 gauge slide-action shotgun (serial number C92383M);
- STI International, model 2011, 400 caliber, semi-automatic pistol (serial number 011-04237);
- Smith & Wesson, model 41, .22 caliber, semi-automatic pistol (serial number UAV1340);
- Sig-Sauer, model P227, .45 caliber, semi-automatic pistol (serial number 51B020779);
- Smith & Wesson, model AirLite, .357 caliber revolver (serial number CYA2523);
- Kel-Tec, model PMR-30, .22 caliber semi-automatic pistol (serial number WZP14);
- Ruger, model LCP, .380 caliber semi-automatic pistol (serial number 37184326);

- Delaware Machinery, model unknown, 5.56 caliber receiver (serial number L000779);
- Ruger, model SR22, .22 caliber semi-automatic pistol (serial number 36592280);
- 12 rounds of Federal ammunition CAL: 40;
- 320 rounds of assorted ammunition;
- 15 rounds of unknown ammunition CAL: 223;
- 50 rounds of CCI ammunition CAL: 22; and
- 6 rounds of Winchester-Western ammunition CAL: 380.

DATED this 15th day of March, 2018.

*Dana L. Christensen*, Chief District Judge
United States District Court