IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| UNITED STATES OF AMERICA, | CR 17-17-BU-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BRANDON ROBERT WILSON, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on March 15, 2018;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. Anna Kopp and Candace Wilson both filed claims on May 7, 2018, and May 15, 2018.

6. Counsel for the United States, the defendant, Candace Wilson, and Anna Kopp have reached a stipulation as to the disposition of the claimed firearms.

7. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 62) as to the defendant's interest in the property is GRANTED.

IT IS FURTHER ODERED:

2. Anna Kopp's petition (Doc. 55) is GRANTED. The Bureau of Alcohol, Tobacco, Firearms, and Explosive is directed to return the following property to Anna Kopp:

- Delaware Machinery, model unknown, 5.56 mm caliber semi-automatic rifle (serial number R000429);
- Benelli Arms (Importer: Benelli USA), model M4, 12 gauge, semi-automatic shotgun (serial number Y074596E);
- Ruger, model New Model, .44 Magnum caliber revolver (serial number 8875061);
- Pierce, 6.5 caliber receiver with barrel attached (serial number 16C155TI);
- Anschutz, model 1416, .22 caliber, bolt-action rifle (serial number 3134227);
- FNH, model PS90, model 5.7x28 mm caliber semi-automatic rifle (serial number FN104173);
- Glock, model 34, 9 mm semi-automatic pistol (serial number ZHZ849);
- 1850 rounds of assorted ammunition;
- 100 rounds of assorted ammunition;

- 20 rounds of Hornady ammunition; and
- 320 rounds of ammunition.

3. Candace Wilson's petition (Doc. 56) is GRANTED in part and DENIED in part. Candace Wilson's petition is DENIED with respect to the following firearms, which will be returned to Anna Kopp:

- Benelli Arms (Importer: Benelli USA), model M4, 12 gauge, semi-automatic shotgun (serial number Y074596E);
- FNH, model PS90, model 5.7x28 mm caliber semi-automatic rifle (serial number FN 104173);
- Ruger, model New Model, .44 Magnum caliber revolver (serial number 8875061);
- 1850 rounds of assorted ammunition;
- 100 rounds of assorted ammunition; and
- 20 rounds of Hornady ammunition.

Candace Wilson's petition is GRANTED with respect to the following firearms and the Bureau of Alcohol, Tobacco, Firearms, and Explosives is directed to return this property to Candace Wilson:

- Savage (Importer: Savage Arms Inc.), model Mark II, .22 caliber, bolt-action rifle (serial number 1555108);
- Savage (Importer: Savage Arms Inc.), model Mark II, .22 caliber, bolt-action rifle (serial number 1466769);
- Savage (Importer: Savage Arms Inc.), model Mark II, .22 caliber, bolt-action rifle (serial number 2159817);
- Armalite, model AR-50A1, .50 caliber, bolt-action rifle (serial number US372332);
- Ruger, model 10-22, .22 caliber, semi-automatic rifle (serial number 820-56287);
- Ruger, model 10-22, .22 caliber, semi-automatic rifle (serial number 357-93340);

3

- Remington, model 700, .223 caliber, bolt-action rifle (serial number RR32015B);
- Ruger, model SR22, .22 caliber, semi-automatic pistol (serial number 360-24811);
- CN Romarm/CUGIR, model Draco, 7.62 caliber, semi-automatic pistol (serial number DR-6332-09);
- Smith & Wesson, model 586, .357 caliber revolver (serial number AHV5736);
- Century, model M70B1, 7.62 caliber, semi-automatic rifle (M70B06505);
- Kel-Tec, model Sub-2000, 9 mm Luger semi-automatic rifle (serial number ETA55);
- Bushmaster, model Carbon 15 Pistol, 5.56 caliber, semi-automatic pistol (serial number D05717); and
- Savage (Importer: Savage Arms Inc.), model 93R17, .17 HMR caliber, bolt-action rifle (serial number 0198952).

4. No claims were filed against the following property and judgment of forfeiture shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- DPMS, model LR308, .308 caliber receiver (serial number 56898); and
- Walther, model P22, .22 caliber semi-automatic pistol (serial number Z074081).

IT IS FUTHER ORDERED that:

5. The forfeiture hearing set for August 24, 2018 is VACATED.

DATED this 22nd day of August, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court